# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY PETILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BAUGHMAN, et al.,<br><br>    Defendants. | No. 2:19-CV-0667-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel (ECF No. 11).

In his one-page motion, plaintiff seeks an order compelling unnamed officials with the California Department of Corrections and Rehabilitation to produce "evidence or incident report of sexual misconduct within the last 5 years." See ECF No. 11, p. 1. Plaintiff's motion will be denied for several reasons. First, the court does not have jurisdiction to order the requested relief because plaintiff has not named the California Department of Corrections and Rehabilitation or officers thereof as defendants in this action. Second, plaintiff has not demonstrated that non-party discovery requests were properly served or, if they were, that responses were inadequate. Third, plaintiff's motion is premature because the case is not at issue and no order opening discovery has been issued.

/ / /

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 11) is denied.

Dated: June 18, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE