UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY PETILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. BAUGHMAN, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-00667-TLN-DMC<br><br>**ORDER** |

　　　　Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On June 19, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 19, 2020, are ADOPTED IN FULL;

2. Defendants Baughman, Clough, and Porter are DISMISSED from this action; and

3. Plaintiff's action shall proceed on his remaining Fourth, Eighth, and Fourteenth Amendment claims against Defendants Jones, Hainey, Mallot, Herrera, Costello, and Villasenora.

DATED: July 15, 2020

Troy L. Nunley
United States District Judge