IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY PETILLO,<br><br>           Plaintiff,<br><br>     v.<br><br>HANEY, et al.,<br><br>           Defendants. | No.  2:19-CV-0667-TLN-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 19, 2020, the Court determined this action was appropriate for service of process under the Court's E-Service Program.  See ECF No. 31.  On July 29, 2020, the Court was notified that defendant Castello does not intend to waive service of process because the California Department of Corrections and Rehabilitation was unable to identify any staff with the name Castello, or variance thereof, working at the time of the alleged incident.  See ECF No. 39.

        Plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.  Once additional information sufficient to effect service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.

Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved defendants. See Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the Court once such information is ascertained.

Dated: August 3, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE