IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY PETILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>HANEY, et al.,<br><br>    Defendants. | No.  2:19-CV-0667-TLN-DMC-P<br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are plaintiff's motion for accommodations (ECF No. 41) and motion to proceed with amended prisoner civil rights complaint (ECF No. 42). For the reasons stated below, the Court denies both motions.

      Plaintiff's motion for accommodation is unclear. However, plaintiff appears to request that his legal mail be kept confidential. Plaintiff's motion is simply a one-page California form titled "Request for Accommodations by Persons with Disabilities and Response." See ECF No. 41. Under the "accommodation requested" section, plaintiff merely states "confidential legal mail due to recent motion to proceed: change of address pursuant to 15 CCM 3165." Id. Besides this phrase, plaintiff provides no further context.  Because he has failed to provide any additional authority or explanation, plaintiff's motion for accommodations (ECF No. 41) will be denied.

/ / /

Plaintiff's motion to proceed is similarly unclear. It appears that plaintiff is asking the Court to award him money damages. Therefore, the Court construes plaintiff's motion as a request to amend the complaint to include a prayer for damages. So construed, plaintiff's motion will be denied as unnecessary. Plaintiff's second amended complaint already contains a request for damages. See ECF No. 24, pg. 3. Whether and in what amount damages may be awarded is ultimately a question for the finder of fact following trial on the merits. Therefore, plaintiff's motion to proceed (ECF No. 42) will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for accommodation (ECF No. 41) is denied; and
2. Plaintiff's motion to proceed (ECF No. 42) is denied.

Dated: August 5, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE