IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY PETILLO,<br><br>   Plaintiff,<br><br>   v.<br><br>HAINEY, et al.,<br><br>   Defendants. | No. 2:19-CV-0667-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to compel discovery (ECF No. 45). Plaintiff appears to request permission to issue subpoenas. Defendants have waived service and an answer to Plaintiff's second amended complaint is due by September 28, 2020. Therefore, the Court has not yet issued an order commencing discovery and Plaintiff's motion to compel discovery is denied as premature.

IT IS SO ORDERED.

Dated: September 10, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1