IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY PETILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>HAINEY, et al.,<br><br>    Defendants. | No. 2:19-CV-0667-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for a trial date. ECF No. 62. Plaintiff contends that a trial date has not been set because of the present COVID-19 pandemic and desires to "finalize litigation" on his complaint. See id.; see also ECF No. 24. Defendants have demanded a jury trial in their pleadings and have satisfied Federal Rule of Civil Procedure

///
///
///
///
///
///
///

1

38 in doing so. <u>See</u> ECF No. 53 at 4; Fed. R. Civ. P. 38(b)(1). Furthermore, the Court's October 19, 2020, discovery permits the parties to conduct discovery until February 22, 2021. ECF No. 54 at 2. Discovery has not yet concluded. If this case reaches trial, a jury will be empaneled. Plaintiff's motion is denied as premature.

        IT IS SO ORDERED.

Dated: January 7, 2021

                              _____
                              DENNIS M. COTA
                              UNITED STATES MAGISTRATE JUDGE