UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY PETILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAINEY, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-00667-TLN-DMC<br><br>**ORDER** |

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 22, 2021, the magistrate judge filed findings and recommendations (ECF No. 67) herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. The magistrate judge recommended denying Plaintiff's motion for summary judgment (ECF No. 60). Plaintiff has not filed objections.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 67) filed January 22, 2021, are ADOPTED IN FULL; and

2. Plaintiff's motion for summary judgment (ECF No. 60) is DENIED.

DATED: February 19, 2021

Troy L. Nunley
United States District Judge

2