IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SIDNEY PETILLO,**<br><br>            Plaintiff,<br><br>    v.<br><br>**BAUGHMAN, et al.,**<br><br>            Defendants. | 2:19-cv-00667 TLN DMC<br><br>**ORDER**<br><br><br>Judge:         Hon. Dennis M. Cota<br>Trial Date:   TBD<br>Action Filed: April 16, 2019 |

The Court, having considered Defendants' motion to modify the discovery and scheduling order, and good cause having been found:

**IT IS HEREBY ORDERED:** Defendants' motion is granted. The deadline to file dispositive motions is extended to July 8, 2021.

Dated: May 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1