IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY PETILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>HAINEY, et al.,<br><br>    Defendants. | No. 2:19-CV-0667-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 72, for a "summary judgment conference." It appears Plaintiff seeks a hearing on his concurrently filed motion for summary judgment. Plaintiff's motion is denied because the Eastern District of California Local Rules specify that all motions in prisoner cases be heard on the papers without oral argument. See Local Rule 230(l).

    IT IS SO ORDERED.

Dated: October 19, 2021

                                         DENNIS M. COTA
                                         UNITED STATES MAGISTRATE JUDGE