IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY PETILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>HAINEY, et al.,<br><br>    Defendants. | No. 2:19-CV-0667-TLN-DMC-P<br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 71, for a "summary judgment conference." This motion appears to be a duplicate of a motion filed by Plaintiff on May 10, 2021, and denied by the Court on May 17, 2021. The current filing is <u>not</u> a motion for summary judgment as erroneously indicated in the May 17, 2021, order. As with Plaintiff's filing addressed in the May 17, 2021, order, Plaintiff's current motion is denied because the Eastern District of California Local Rules specify that all motions in prisoner cases be heard on the papers without oral argument. <u>See</u> Local Rule 230(l).

      IT IS SO ORDERED.

Dated: December 20, 2021

                                            DENNIS M. COTA<br>
                                            UNITED STATES MAGISTRATE JUDGE